IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| GAINES PHOTOGRAPHY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:18-cv-03357-MDH |
| ) | |
| BABE RUTH LEAGUE, INC, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendant Sunshine Signs, LLC's Motion for Reconsideration (Doc. 110), requesting the Court to reconsider its previous Order (Doc. 109) granting Plaintiff's Motion for Extension of Time (Doc. 108). In its Order, the Court extended Plaintiff's deadline to respond to Motions for Summary Judgment to November 20, 2020. Defendant requests the Court revise this order to extend the deadline until November 10, 2020, which is before the anticipated mediation date of November 12, 2020.

The Motion for Reconsideration is **DENIED**. The Court considers it reasonable to extend the deadline to November 20, 2020 in hope that the matter can be successfully mediated. The Court additionally sees no reason for the parties to incur legal fees responding to the Motions for Summary Judgment which may be unnecessary if this case is settled.

**IT IS SO ORDERED.**

Dated: November 3, 2020     /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**United States District Judge**