IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GAINES PHOTOGRAPHY, LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BABE RUTH LEAGUE, INC., SUNSHINE ) <br> SIGNS, LLC, and BALLPARKS OF ) <br> BRANSON, LLC, ) <br> ) <br>     Defendants. ) | Civil Action No. 6:18-cv-3357 |

## ORDER

The Court, having reviewed the Stipulation of Dismissal with Prejudice for the above-captioned matter, and being fully advised in the facts and premises, hereby ORDERS that all claims and counterclaims are hereby dismissed with prejudice. The Court further ORDERS that each party is responsible for its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 6, 2020                          */s/ Douglas Harpool*
                                                              **DOUGLAS HARPOOL**
                                                              **United States District Judge**